USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/14/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DOE,** | |
|                         **Plaintiff,** | **23-cv-04910 (ALC)** |
|     -against- | **ORDER** |
| **JACKSON ET AL.,** | |
|                         **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff filed the Complaint in this case on June 12, 2023, attempting to proceed as a Jane Doe. ECF No. 1. Plaintiff also names one of the Defendants as John Doe. *Id*. Plaintiff then sought the issuance of a summons from the Clerk of Court for three of the Defendants on June 13, 2023. ECF Nos. 3-5. However, Plaintiff has not moved the Court to proceed under a pseudonym, nor has Plaintiff complied with this District's rules for filing a sealed or partially sealed case. Plaintiff must seek leave of Court before proceeding under a pseudonym. Therefore, no summons will issue as to the Defendants until Plaintiff has resolved this issue.

**SO ORDERED.**

**Dated:    June 14, 2023**
            **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**