```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/20/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOE, <br><br>                    Plaintiff, <br><br>         -against- <br><br> JACKSON ET AL., <br><br>                    Defendants. | 23-cv-04910 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's motion to proceed under a pseudonym, ECF No. 13, and Defendant Joshua Jackson's letter requesting leave to file papers in opposition to Plaintiff's motion. ECF No. 12. It is hereby **ORDERED** that Defendant Jackson file his response on or by **June 28, 2023.**

The Clerk of the Court is respectfully directed to terminate ECF No. 12.

**SO ORDERED.**

Dated:   June 20, 2023
         New York, New York

*[signature: Andrew L. Carter, Jr.]*

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**