USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/28/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **DOE,** | |
| **Plaintiff,** | |
| -against- | |
| **JACKSON ET AL.,** | |
| **Defendants.** | |

**23-cv-04910 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant's letter motion to seal his opposition to Plaintiff's motion to proceed under a pseudonym. ECF No. 16. Defendant is hereby **ORDERED** to publicly file a redacted version of the opposition, and file under seal a copy of the unredacted opposition with the proposed redactions highlighted. The Defendant is directed to not publicly reveal the Plaintiff's name before this Court rules on Plaintiff's pending motion to proceed under a pseudonym.

The Clerk of the Court is respectfully directed to terminate ECF No. 16.

**SO ORDERED.**

Dated:    **June 28, 2023**
          **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**