**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/29/2023__

| | |
|---|---|
| **DOE,** | |
| **Plaintiff,** | **23-cv-04910 (ALC)** |
| -against- | **ORDER** |
| **JACKSON ET AL.,** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant's opposition to Plaintiff's motion to proceed under a

pseudonym. ECF No. 18. Plaintiff is hereby **ORDERED** to file a reply to Defendant's opposition

on or by **July 7, 2023.**

**SO ORDERED.**

**Dated:**    **June 29, 2023**
            **New York, New York**

_____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**