iMessage
2/14/22, 11:07 AM

Who's this

I'm ready pull up on u, this is going too far

▇ 3rd Ave , New York NY

▇

> Hi! I'm at work love, I hope he finds his watch tho I think you should check the club

You stole it out the bathroom

Why u playin like niggas play bout they shit?

You don't wanna do this

> I can assure you I would never do anything like that

So why u block him after u did it? And why you calling his ppl from yo phone and they never gave you their #

U went thru niggas phone

You stole the watch and we not gone keep talking to u, hive the shit up

U on camera my nigga

> I think you guys should def do whatever you need to get the watch back but I'm sorry I really don't know anything about a watch

> I wish I could be of more help

> You should tell the police

You finished

Stop lying to niggas u stole, ain't nobody been in there but u, but u gone find out the hard way I guess

> Can you not threaten me

Not a threat

> Like fr I don't know anything about what you're talking about so leave me out of this drama

U just need to up the watch and ask for some $

Filing a report on u now

> I don't even know who this is

Don't matter, just know I know who u are and u put Yoself in a bad position,

> Im sorry I couldn't help but I do pray you find peace

You do realize all of us have yo info and addy

> What is that supposed to mean?

Messages - Threat Person From Josh

> Done talking to you

Thank you

> Nah don't thank me

> Emphasized "You do realize all of us have yo info and addy"

God bless you

Delivered