What I can do is let josh no what u saying but he specifically said u took it so I don't no

I dmed u so u can see I'm official and it's not a game

I don't no if u did this before but these are the type of niggas that won't take that type of loss

I assure u it will cause problems u don't want

They wanted to pull up to ur addrsss and wait til u arrived back home but I told them there no need for the goons they can just have the law deal with it so they gonna go that route if it don't get situated

And finally do u really want ur name affected and blown up like that! He don't care of being in the blogs as haven got got from a girl but ur name will be dragged thru the mud and then some and u won't be able to do anything so I suggest u trust me that I ain't tryin to set u up and get at me

We don't have to meet u can just drop it with someone and I will pick it up

We have ur address I told them to give me til noon before they go to next step

They telling me u still acting dumb and they know u got it so I guess u want the problems

They gonna put u on blast first on social media first

> I told them they should just call the police because I really don't know what's going on but I really hope he finds his watch

Ok Courtney I guess u don't care lol

> They just keep lying on me

I can care less I'm just looking out to help my boy get his watch back but u seem like this ain't that serious lol

I no u probably think I'm tryin to set u up or sunthin but it's not the case but I have mutual friends with u and I don't want ur name out there cuz ur girls tell me u are a good girl but u gonna have them goin crazy lol

> He needs to do a police report or something but idk how else I could help

They telling me u on camera

I don't no if that's true but if they do have ya on camera u no that's a wrap!

If they lying then cool

But they not gonna give up trust me

They are definitely assuming it was u and no one else is a possibility

So u need to at least contact him and let him no

If u want I can three way it for u if u don't want to call him

It's better u clarify ur situation before it escalate

> I told them myself

Oh ok

I didn't no u spoke to josh

But ok I'm a leave it alone then I did my part and reached out

No doubt u look good in ur Ig I didn't want u caught up

But I do think u need to get a lawyer on retainer just in case cuz that watch is a grip so he gonna file a report so u should have one on standby

> I dont want them to hurt me I really don't have the watch I would never steal anything I wasn't raised like that

Babe trust me it's gonna go that far I'm the only one telling them to hold up til I get to the bottom of it

If u no the girl that might've taken it hit her and tell her to give it back

> I have no clue

Ur name on social media is the least of ur worries! He will get the cops involved and I don't think u need or want that drama

> I just want them to leave me alone and not drag me into their problems

They already having me contact shade room to blow u up! They no I got the connects! I can't tell them I don't have it anymore so don't no what to do! I don't want to hurt ur name but they ain't gonna let this slide

> The shade room is not the best alternative to the police

Of course not lol but that's gonna mess up ur name the police is separate! His jeweler gonna tell him to file a police report so he can get that insurance money for it

So the police is gonna be automatic but I'm a act like shade room said no though

> Yea I think he should just file a report and handle his shit

I can do that for y'a at a least

Not with his boys in his ear lol

I got mad calls this morning that's why I hit u

I'm tryin to facilitate it so everything go smooth lol

U NEED TO

This is gonna get bigger and bigger trust me

Unless u don't care about the law lol

But u gonna have to fight that case regardless if u did it or not

One they file charges u got to deal with the headache

He is not gonna let that watch slide even though he à millionnaire

Trust me

> He's a millionaire?

Messages - Jeoffrey Janvier

Huh? Lmaoooo

Are u serious?

U don't no who u deal with before y deal with them? Lol

Now u really got me confused lmaoo

> I feel like he just want everybody to know I was with him at this point

U really think that's the case?

> This is just desperate

Josh get too many bitches to care about one girl he just met trust me I doubt that is the issue! He just want his watch back trust me! Once he get that back he good to go

And yea u got a phatty so I'm not suprised he want in but that's about it he not a stalker or savage lol

> I don't know about that he was on me heavy

U didn't even no who he is lol

He ain't no regular dude

> He knew who I was tho

Yea why not that's what we do if we want in with someone but that's about it!

> I don't want him

No one said that lol but what do u think this gonna resort to? U gonna get arrested for something u did not do so u need to clarify that unless u willing to deal with the drama

They no Wher u live and work at u don't want them blowing u up to ur work do u?

So u need to get this handled

> Why would I be arrested

They have proof u was with them u on camera! All it takes is them to file charges and they gonna arrest u and u got to prove ur innocence

Contact a lawyer if u think different

Huh? Federal

U really think I'm popo I'm tryin to help y'a

I'm a just leave it alone cuz now u thinking I'm popo and I'm just tryin to help

> Can't you go to jail for lying?

Oh ok

He says he has proof so I don't no what that means

> I think but idk

Nah if u are on pics or camera with him at all that's all the cops need

Call a lawyer to confirm but yea it's that simple

Is he special needs?

Lmaooooo are u serious? Lol

U haven't researched him before y dealt with him?

Did u even no he a nba player?

No lol

Omg I thought y'a all did research to see if the guy official lol

Maybe he wanted a valentines

Lmaooo u crazy lol

Idk if he lost It fr or is just trying to get insurance money

2/14/22, 1:49 PM

Nah he lost it lol

Well since we in contact u got girls on deck to see some players? James harden and others

2/14/22, 5:03 PM

Send pics and see who on deck tonite

On deck for what?

Make $

Make money doing what

What u think? Lol

No idea

Delivered

Lol it's all good

2/14/22, 8:25 PM

Got a music video wedneday Fivio foreign Maino and Jim jones if u want to do it! U csn Invite whoever also as long as they look good