

# New York City Police Department
## Omniform System - Complaints

| Report Cmd | Jurisdiction | ICAD# | Record Status | Public Omni | Complaint # | No Other Legacy Blue Versions | Complaint Revisions: |
|---|---|---|---|---|---|---|---|
| 025 | N.Y. POLICE DEPT | | Final, No Arrests | NO | 2022-013-002412 | | View All Versions 0 1 |

| Occurrence Location: | INSIDE OF 5 MADISON AVENUE APT: 2503 | NYC Parks Dept. Property | | Precinct 013 |
|---|---|---|---|---|
| Name Of Premise: | EDITION HOTEL | Did this offense occur on NYC Parks Dept. Property? | NO | Sector: C |
| Premises Type: | HOTEL/MOTEL | Command NYC Parks Dept. Property Name: | | Beat: |
| Location Within Premise: | APARTMENT | | | Post: 39 |
| Visible By Patrol?: | NO | | | |

| Occurrence From: 2022-02-14 03:35 MONDAY | Aided # 000000748 |
|---|---|
| Occurrence thru: 2022-02-14 09:00 | Accident # |
| Reported 2022 04 09 17 10 | O C C B # |
| Complaint Received: RADIO | |

| Classification SEXUAL ABUSE | Case Status OPEN |
|---|---|
| Attempted/Completed COMPLETED | Unit Referred To SPECIAL VICTIMS |
| Most Serious Offense Is: MISDEMEANOR | Clearance Code: |
| PD Code: 175 FORCIBLE TOUCH/SEX ABUSE 2 & 3 | Log/Case #: 0 |
| PL Section: 13055 | Clearance Arrest Id: |
| Keycode 233 SEX CRIMES | Clearance AO Cmd |
| | File #: 32 |
| | Prints Requested? NO |

**Confirmed Shots Fired?** NO

**Possible Hate Crime?** NO

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000 000 00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|
| Gang Related? NO | Detective Borough Wheel Log #: | Name Of Gang | Child Abuse Suspected? NO |
| DIR Required? NO | Child in Common? NO | Intimate Relationship? NO | Officer Body Worn Camera YES |

| **If Burglary:** | **Alarm:** | **If Arson:** | **Taxi Robbery:** |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: |
| Entry Method: | Company Name/Phone - - | Damage by: | Method of Conveyance: |
| Entry Location | Crime Prevention Survey Requested?: | | Location of Pickup |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene Rank / Name / Command SGT TAI 025 | Canvas Conducted NO | Translator(if used) |
|---|---|---|

**NARRATIVE:**
A TPO CV ARRIVES AT SUSPECTS HOTEL ROOM AFTER CONSUMING ALCOHOLIC BEVERAGES CV STATES SHE IS UNABLE TO RECOLLECT WHAT OCCURRED AFTER HER ARRIVAL AT THE HOTEL. CV STATES SHE WOKE UP AND SHE WAS IN THE BED AND HER CLOTHES WERE REMOVEDAND THE SUSPECT WAS LAYING IN BED NEXT TO HER. CV STATES SUSPECT ATTEMPTED TOGET ON TOP OF HER AND SHE PUSHED HIM OFF OF HER, GOT DRESSED AND LEFT THE HOTEL. CV BELIEVES SHE MAY BE A VICTIM OF SEXUAL ASSAULT. BWC AVAILABLE. SVS DET CONVERY NOTIFIED

**Version 1.** PREMISE NAME CORRECTED

**No NYC TRANSIT Data for Complaint # 2022 013 002412**

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 1 | Total Wanted: 1 |
|---|---|---|---|

### VICTIM: # 1 of 1

**Name:** ▇▇▇▇▇▇▇▇▇
**Complaint#:** 2022-013-002412

- Nick/AKA/Maiden:
- UMOS: NO
- Sex/Type: FEMALE
- Race: BLACK
- Age: 22
- Date Of Birth: ▇▇/1999
- Disabled?: NO
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- N.Y.C.H.A Resident?: NO
- Is Victim fearful for their safety / life?: YES
- Escalating violence / abuse by suspect?: NO
- Were prior DIR's prepared for C/V?: NO

- Suspected Gang Member: NO
- Name:
- Reason for Suspected Gang Member Designation:
- Will View Photo: YES
- Will Prosecute: YES
- Notified Of Crime Victim Comp. Law: YES

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | ▇▇ 3 AVENUE | MANHATTAN | NEW YORK | 10035 | ▇ |

**Phone #:** HOME Not Provided/Unavailable  CELL 732 688 7074  BUSINESS Not Provided/Unavailable  BEEPER Not Provided/Unavailable  E MAIL Not Provided/Unavailable

**Action against Victim:**

**Actions Of Victim Prior To Incident:** DRINKING AT A CLUB

**Victim Of Similar Incident:** NO

**If Yes, When And Where:**

### REPORTER: # 1 of 1

**Name:** ▇▇▇▇▇▇▇▇▇
**Complaint #:** 2022-013-002412

- Nick/AKA/Maiden:
- Sex/Type: FEMALE
- Race: BLACK
- Age: 022
- Date Of Birth: ▇▇/1999
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:

- Suspected Gang Member: NO
- Name:
- Reason for Suspected Gang Member Designation:
- Relationship To Victim:

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| HOME-PERMANENT | 2205 3 AVENUE | MANHATTAN | NEW YORK | 10035 | 8D |

**Phone #:** HOME: - -  CELL: 732-▇▇▇▇  BUSINESS: - -  BEEPER: - -  E-MAIL:

### WANTED: # 1 of 1

**Name:** KTD,
**Complaint#:** 2022-013-002412
**Arrested:** NO

- Nick/AKA/Maiden:
- Sex: MALE
- Race: BLACK
- Age: 25
- Date Of Birth: UNKNOWN
- U S Citizen:
- Place Of Birth:
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- Accent: NO

- Height: 6FT8IN
- Weight: 0
- Eye Color:
- Hair Color:
- Hair Length:
- Hair Style: UNKNOWN
- Skin Tone: DARK
- Complexion: CLEAR
- Offender Condition:
- S S #: 0

- Order Of Protection: NO
- Issuing Court:
- Docket #:
- Expiration Date:
- Order of Protection Violated?:
- Does Suspect abuse Drugs / Alcohol?: NO
- Suspect threatened /attempted suicide?: NO
- Is the suspect Parole / Probation?: NO
- Relation to Victim: FRIEND
- Living together: NO
- Can be Identified: YES

- Suspected Gang Member: NO
- Name:
- Reason for Suspected Gang Member Designation:

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Phone #:** HOME: - -  CELL: 313-818-7188  BUSINESS: - -  BEEPER: - -  E-MAIL:

- N.Y.C.H.A. Resident: NO
- N.Y.C. Housing Employee: NO
- On Duty: NO
- Development:
- N.Y.C. Transit Employee: NO

| | |
|---|---|
| **Physical Force:** | **USED** |

**Weapons:**

| | | |
|---|---|---|
| Gun: | | |
| Weapon Used/Possessed **NONE** | Make | Recovered |
| Non-Firearm Weapon: | Caliber: | Serial Number Defaced: |
| Other Weapon Description: | Color: | Serial Number: |
| | Type: | |
| | Other/Gun Specify | |
| | Discharged: **NO** | |

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| METHOD OF FLIGHT | N/A |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR  UNK  UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**No IMEI Data for Complaint # 2022-013-002412**

| **NOTIFICATIONS / ADDITIONAL COPIES:** | **Complaint # 2022-013-002412** |
|---|---|
| Notifications to:<br>Rank/Title  Name   Unit/Agency  Log #<br>DET       CONVERY  SVS | |

| Reporting/Investigating M.O.S. Name:<br>**POF JULIANO BRIANA** | Tax #:<br>959717 | Command:<br>025 PCT | Rep.Agency:<br>NYPD |
|---|---|---|---|
| Supervisor Approving Name<br>**SGT HAQUE NIAZUL** | Tax #<br>943349 | Command<br>025 PCT | Rep Agency<br>NYPD |
| Complaint Report Entered By:<br>**POF JULIANO** | Tax #:<br>959717 | Command:<br>025 PCT | Rep.Agency:<br>NYPD |
| Signoff Supervisor Name:<br>**LT AHMAD** | Tax #:<br>939846 | Command:<br>013 PCT | Rep.Agency:<br>NYPD |

**END OF COMPLAINT REPORT
# 2022-013-002412**