# New York State DOMESTIC INCIDENT REPORT

**Agency:** NYPD  
**Incident #:**  
**Reported Date:** 04/08/2022  **Time (24 hours):** 1831  
**Occurred Date:** 4/8/2022  **Time (24 hours):** 1041  
☐ Officer Initiated  ☒ Radio Run  ☐ Walk-in  
☒ ICAD (NYC): 10939  
**Complaint #:**  
**Address:** [redacted] 3rd Avenue, Apt. [redacted]  
**City, State, Zip:** NY, NY 10025

## Suspect (P2)
**Name (Last, First, M.I.):** Ulmer, Lowell  
**DOB:** 8/2/91  **Age:** 30  ☐ Female ☒ Male  ☐ Self-Identified  
**Address:** 60 Bond Street, Brooklyn, NY  
**City, State, Zip:** Brooklyn, NY  
**Suspect Phone Number:** 413-857-7118  
**Language:**  
☐ White ☒ Black ☐ Asian  ☐ Hispanic ☐ Non Hispanic ☐ Unknown  
☐ American Indian ☐ Other  ☐ Other Identifier:

**Do suspect and victim live together?** ☐ Yes ☒ No  
**Suspect/P2 present?** ☐ Yes ☒ No  
**Was suspect injured?** ☐ Yes ☒ No  
**Possible drug or alcohol use?** ☐ Yes ☒ No  
**Suspect supervised?** ☐ Probation ☐ Parole ☒ Not Supervised ☐ Status Unknown

**Suspect (P2) Relationship to Victim (P1):** ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative ☒ Other: no relationship  
**Do the suspect and victim have a child in common?** ☐ Yes ☒ No

## Victim Interview
**Emotional condition of VICTIM?** ☒ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:  
**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?**  
"He ruined my live."

**Did suspect make victim fearful?** ☐ Yes ☒ No If yes, describe:  
**Weapon Used?** ☐ Yes ☒ No  Gun: ☐ Yes ☐ No  Other, describe:  
**Suspect Threats?** ☐ Yes ☒ No  If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:  
**Access to Guns?** ☐ Yes ☒ No If yes, describe:  
**Injured?** ☐ Yes ☒ No If yes, describe:  
**In Pain?** ☐ Yes ☒ No If yes, describe:  
**Strangulation?** ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing  
**Visible Marks?** ☐ Yes ☒ No If yes, describe:

## Suspect
**What did the SUSPECT say (Before and After Arrest):** Not on scene  
**710.30 completed?** ☐ Yes ☐ No

## Incident Narrative
**Briefly describe the circumstances of this incident:**  
P1 states P2 did join her instagram live with intent to harass, P2 did claim her P1 states P2 stated watch out when you leave. No recording of the instagram live available. No BWC available. P2's instagram is "IamLoDovie". No Domestic relationship stated.

## Evid
**DIR Repository checked?** ☐ Yes ☒ No  
**Order of Protection Registry checked?** ☐ Yes ☒ No  
**Order of Protection in effect?** ☐ Yes ☒ No  ☐ Refrain ☐ Stay Away  
**Evidence Present?** ☐ Yes ☒ No  ☐ Other:  
**Photos taken:** ☐ Victim Injury ☐ Suspect Injury  
**Other Evidence:** ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other:  
**Destruction of Property?** ☐ Yes ☒ No  If yes, Describe:

## Offense
**Offense Committed?** ☐ Yes ☒ No  
**Was suspect arrested?** ☐ Yes ☒ No  If no, explain:  
**Offense 1:**  **Law (e.g. PL):**  **Offense 2:**  **Law (e.g. PL):**

| Agency: NYPD | B | Incident # | Complaint # |

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

Prior History

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (   )

**Has Suspect ever:**

Threatened to kill you or your children? ☑ Yes ☐ No | Is suspect capable of killing you or children? ☑ Yes ☐ No

Strangled or "choked" you? ☐ Yes ☑ No | Is suspect violently and constantly jealous of you? ☑ Yes ☐ No

Beaten you while you were pregnant? ☐ Yes ☑ No | Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☑ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No
If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☑ Yes ☐ No If NO, Why: | Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why:

**Signatures:**
Reporting Officer (Print and Sign include Rank and ID#) #945435
Supervisor (Print and Sign include Rank and ID#)

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

*Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I.)

Lovell Ulmer

I _____ (Victim/Deponent Name) state that on 4 / 8 / 2022, (Date) at ___ 3rd Ave, New York NY (Location of incident) in the County/City/Town/Village New York 10035 of the State of New York, the following did occur: I was on live and was being bullied and harassed and told lies on to over 100 people at 10:30 am Lo Davis god on my live and was saying he would be watching my every move and was warning me of going outside He was saying I needed to give him a watch I told him I didn't have and he told me that he was gonna get back for the girl one gang. He told everybody that I steal oh I am also valid to go back outside and that I rob people.

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature ___ Date 4/8/22

Witness or Officer Signature ___ Date

Interpreter Signature and Interpreter Service Provider Name
Interpreter Requested ☐ Yes ☐ No   Interpreter Used ☐ Yes ☐ No   Date

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page ___ Of ___

VICTIM / COMPLAINANT COPY | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221-02/2020 DCJS Copyright © 2020 by NYS DCJS