

Page 1 of 2

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

1. Deguene Keita (F 21),
2. Naomi Ketia (F 30),

Defendants.

FELONY

ADA Jessica Ring

CR-005026-22NY

Police Officer Sakib Rahat, Shield #20216 of the 25th Precinct, states as follows:

The defendants are charged with:

[redacted]   DIS TWS
             IO X 3/4/22

2  PL 155.25       Petit Larceny
                   (defendant #1: 1 count)
                   (defendant #2: 1 count)

3  PL 165.40       Criminal Possession of Stolen Property in the Fifth Degree
                   (defendant #2: 1 count)
                   (defendant #1: 1 count)

4  PL 140.10(a)    Criminal Trespass in the Third Degree
                   (defendant #1: 1 count)
                   (defendant #2: 1 count)

5) 210.20 (uy 8 3/4/22

On or about February 14, 2022 at about 01:10 PM, inside 2205 3 Avenue Apt 8D; in the County and State of New York, the defendant stole property from the person of another; the defendant stole property; the defendant knowingly entered and remained unlawfully in a building and upon real property which was fenced and otherwise enclosed in a manner designed to exclude intruders;

The factual basis for these charges are as follows:

I am informed by an individual known to the District Attorney's Office, that they observed both defendant inside Informant's apartment, which is inside a residential building, without permission or authority. I am further informed that the defendants removed a bag belonging to Informant and left the apartment. I am further informed that the defendants were stopped by Informant's security/door person in the lobby of the residential building.

Criminal Court of the City of New York,
County of New York  Date 7/21 20 22

I hereby certify that the within is a true
Copy of the Record on file at this Court

_____ County Clerk



Page 2 of 2

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

1. Deguene Keita (F 21),
2. Naomi Ketia (F 30),

Defendants.

FELONY

ADA Jessica Rinaldi

False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.

_____
Police Officer Sakib Rahat

03/02/2022   1644
Date         Time

Criminal Court of the City of New York,
County of New York  Date 7-21 20 22
I hereby certify that the within is a true
Copy of the record on file at this Court
_____ County Clerk