

**New York | Los Angeles | Philadelphia | Miami | New Jersey**

July 10, 2023

**MEMO ENDORSED**

**VIA ECF**

Hon. Andrew L. Carter, Jr. U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/11/2023__

      Re: 1:23-cv-04910-ALC; **Doe v. Jackson et al**; Emergency Sealing Request/Docket Correction

Dear Judge Carter:

      We represent the Plaintiff, Jane Doe in the above referenced matter. I write on the instructions of chambers because due to an oversight while redacting Exhibit 4 recently filed with Plaintiff's Declaration in Support of her Motion to Proceed Pseudonymously (Dkt. # 22-4), a small portion of personally identifying information ("PII") was inadvertently left unredacted. Accordingly, Plaintiff respectfully requests an order replacing the document in that docket entry with the corrected redacted Exhibit 4 (attached hereto), and/or an order permanently sealing or deleting docket entry 22-4, and granting Plaintiff leave to re-file this exhibit.

      Plaintiff has already contacted ECF's docketing help desk at the earliest opportunity, who has placed an emergency temporary seal on this docket entry. Plaintiff hereby requests that Docket entry 22-4 be deleted and/or replaced with the fully and correctly redacted Exhibit (a copy which is attached to this letter as 'Attachment 1'), or that Docket Entry 22-4 be permanently sealed, and that Plaintiff be granted leave to re-file her correctly redacted Exhibit 4. The Exhibit attached hereto should replace the temporarily sealed document that is currently in the docket at docket entry #22-4.

Plaintiff apologizes for this inconvenience and thanks the Court for its time and attention to this matter.

Dated: July 7, 2023
New York, New York

*Respectfully submitted,*

DEREK SMITH LAW GROUP, PLLC
*Attorneys for Plaintiff*
/s/ Seamus Barrett
Seamus P. Barrett, Esq.

CC: To all parties via ECF

The Plaintiff's request is **GRANTED**. Exhibit 4 to the Plaintiff's Declaration in Support of her Motion to Proceed under a Pseudonym at ECF No. 22-4 will remain permanently sealed. Plaintiff is **GRANTED** leave to re-file the correctly redacted Exhibit 4 by **July 12, 2023.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated: July 11, 2023**