

**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000

**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

April 05, 2022

████████████
███ 3 Avenue  Apt. ███
New York, NY10035

RE: Temporary Order of Protection
People vs. Deguene Keita
Naomi Ketia
Ecab No. 3169576
3169579
Docket No. CR-005026-22NY
CR-005027-22NY
Expiration Date : 4/1/2024

Dear ████████████

    Enclosed please find a Temporary Order of Protection which the court issued in the above referenced criminal case. The conditions that the defendant must comply with are described in the court order. It is important that you refer to the order for the specific conditions applicable to the case.

    If the defendant violates the conditions of this court order you should immediately report the incident to the New York Police Department and inform them that there is an order of protection on this case. A violation of this order may be the basis for the police to make an arrest.

    The New York County District Attorney's Witness Aid Services Unit offers a variety of social services and counseling services to meet the needs of victims, their family members and witnesses of a crime. Please call or visit the website at http://manhattanda.org/witness-aid-services-unit for more information regarding these services.

    If you have any questions with regard to this order of protection, or if you have a change of address, please contact the Witness Aid Services Unit at (212) 335-9040.

Sincerely,

*Mildred Silvie MS*

Mildred Silvie, MS
Director Witness Aid Services Unit



**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N.Y. 10013
(212) 335-9000

**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

March 08, 2022

███ 3rd Avenue Apt. ███
Manhattan, NY 10035

RE: Temporary Order of Protection
People vs. Deguene Keita
Ecab No. 3169576
Docket No. CR-005026-22NY
Expiration Date : 3/3/2024

Dear ███

    Enclosed please find a Temporary Order of Protection which the court issued in the above referenced criminal case. The conditions that the defendant must comply with are described in the court order. It is important that you refer to the order for the specific conditions applicable to the case.

    If the defendant violates the conditions of this court order you should immediately report the incident to the New York Police Department and inform them that there is an order of protection on this case. A violation of this order may be the basis for the police to make an arrest.

    The New York County District Attorney's Witness Aid Services Unit offers a variety of social services and counseling services to meet the needs of victims, their family members and witnesses of a crime. Please call or visit the website at http://manhattanda.org/witness-aid-services-unit for more information regarding these services.

    If you have any questions with regard to this order of protection, or if you have a change of address, please contact the Witness Aid Services Unit at (212) 335-9040.

Sincerely,

*Mildred Silvie MS*

Mildred Silvie, MS
Director Witness Aid Services Unit



**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N.Y. 10013
(212) 335-9000

**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

March 08, 2022

███████
███ 3 Avenue  Apt. ███
New York, NY 10035

RE: Temporary Order of Protection
People vs. Deguene Keita
Naomi Ketia
Ecab No. 3169576
       3169579
Docket No. CR-005026-22NY
           CR-005027-22NY
Expiration Date : 3/3/2024

Dear ███████,

    Enclosed please find a Temporary Order of Protection which the court issued in the above referenced criminal case. The conditions that the defendant must comply with are described in the court order. It is important that you refer to the order for the specific conditions applicable to the case.

    If the defendant violates the conditions of this court order you should immediately report the incident to the New York Police Department and inform them that there is an order of protection on this case. A violation of this order may be the basis for the police to make an arrest.

    The New York County District Attorney's Witness Aid Services Unit offers a variety of social services and counseling services to meet the needs of victims, their family members and witnesses of a crime. Please call or visit the website at http://manhattanda.org/witness-aid-services-unit for more information regarding these services.

    If you have any questions with regard to this order of protection, or if you have a change of address, please contact the Witness Aid Services Unit at (212) 335-9040.

Sincerely,

*Mildred Silvie MS*

Mildred Silvie, MS
Director Witness Aid Services Unit

| | | |
|---|---|---|
| ORI No: NY030033J | At a term of the CRIMINAL COURT, County of, | Criminal Form 2   12/2020 |
| Order No: | At the Courthouse at, State of New York | |
| NYSID No: 13804976K | | |
| CJTN No: | | |

**ORDER OF PROTECTION**
Non - Family Offenses – C.P.L. §530.13[1]
(Not involving victims of domestic violence)

*Present: Hon. _Lewis_

THE PEOPLE OF THE STATE OF NEW YORK

☐ Youthful Offender (check if applicable)
Part: AR1  DAT   Index/Docket No: CR-005026-22NY
Indictment No., if any:

-against-

Deguene Keita,
                                       Defendant.

Charges: PL 155.30(5)

[Check one] ☐ Ex Parte   ☒ Defendant Present In Court

Date of Birth: 2/11/2001

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.**

☐ **TEMPORARY ORDER OF PROTECTION** – Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of ☐ recognizance   ☐ release on bail   ☐ adjournment in contemplation of dismissal].

☒ **ORDER OF PROTECTION** – Whereas defendant has been convicted of [specify crime or violation]: _240.20_

And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,
IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
[Check applicable paragraphs and subparagraphs]:

☒ Stay away from and/or from the
 ☒ [name(s) of protected person(s) or witness(es)] ▇▇▇▇
 ☒ home of ▇▇▇▇
 ☒ school of ▇▇▇▇
 ☒ business of ▇▇▇▇
 ☒ place of employment of ▇▇▇▇
 ☐ other

☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or other means with [specify protected person(s)]: ▇▇▇▇

☐ Refrain from remotely controlling, monitoring or otherwise interfering with any electronic device or other object affecting the home, vehicle or property of the protected person(s) by connection through any means, including, but not limited to, the internet, Bluetooth, a wired or wireless network, or other wireless technology.

☒ Refrain from harassing, intimidating, threatening or otherwise interfering with the victim or victims of, or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named [specify]

☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) [pet(s)] [specify type(s) and, if available, name(s)]:

☐ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following ____ and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but in no event later than [specify date/time] ____ at ____.

And it is further ordered that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby ☐ suspended or ☐ revoked **(Note: Final Order Only)**, and/or ☐ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check ALL applicable boxes). NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252.

☒ Specify other conditions defendant must observe for the purpose of protection _No third-party contact whatsoever_;
IT IS FURTHER ORDERED that this order of protection shall remain in force until and including [specify date]: MARCH 3, 2024
but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.
DATED: 3/4/22

JUDGE _HON. M. LEWIS_
KEF=L BRADLEY
DAT
MAR 04 2022

☒ Defendant advised in Court of issuance and contents of Order.
☐ Order personally served on Defendant in Court: _Served in Court_
                                          (Defendant's signature)

☐ Order to be served by other means [specify]: ____
☐ Warrant issued for Defendant.
☐ ADDITIONAL SERVICE INFORMATION: [specify]: ____

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face penalties authorized by law.
Federal law requires that this order be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).
It is a federal crime to:
- cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
- buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect
  (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
- cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
- buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S. after this Order C. §§922(g)(8), 922(g)(9) 2261, 2261A, 2262).

---

[1] Use this form for non-family offense orders of protection, issued pursuant to CPL §530.13, that are not issued to protect victims of domestic violence, as defined by Criminal Procedure Law §530.11(1) or Soc. Serv. Law §459-a and are not entered onto the statewide domestic violence registry. See Exec. L. §221-a(1); CPL §§530.11(1), 530.12(1), 530.13.

Criminal Form 1    12/2020

| | |
|---|---|
| ORI No: NY0300331 | At a term of the CRIMINAL COURT, County of New York, |
| Order No: _____ | At the Courthouse at 100 Centre Street, State of New York |
| NYSID No: 15478219Q | **ORDER OF PROTECTION** |
| CJTN No: _____ | Non-Family Offenses – C.P.L. §530.13 |
| | (Not involving victims of domestic violence) |

Present: Hon. Peterson, Laurie,

☐ Youthful Offender (check if applicable)

Part: N    Index/Docket No: CR-005027-22NY

**THE PEOPLE OF THE STATE OF NEW YORK**

Indictment No., if any:

-against-

Charges: PL 240.20 et al

Naomi Ketia,
Date of Birth: 4/17/1991

[Check one] ☐ Ex Parte ☒ Defendant Present In Court

Defendant.

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.**

**THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.**

☐ TEMPORARY ORDER OF PROTECTION – Whereas good cause has been shown for the issuance of a temporary order of protection as a condition of
   ☐ recognizance   ☐ release on bail   ☐ adjournment in contemplation of dismissal.

☒ ORDER OF PROTECTION – Whereas defendant has been convicted of [specify crime or violation]: PL 240.20 _____;
   And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,

IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
[Check applicable paragraphs and subparagraphs]:

[01] ☒ Stay away from
   [A] ☒ [name(s) of protected person(s) or witness(es)] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and/or from the
   [B] ☒ home of ▇▇▇▇▇▇
   [C] ☒ school of ▇▇▇▇▇▇
   [D] ☒ business of
   [E] ☒ place of employment of ▇▇▇▇▇▇
   [F] ☐ other

[14] ☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or other means with [specify protected person(s)]: ▇▇▇▇

[17] ☒ Refrain from remotely controlling, monitoring or otherwise interfering with any electronic device or other object affecting the home, vehicle or property of the protected person(s) by connection through any means, including, but not limited to, the internet, Bluetooth, a wired or wireless network, or other wireless technology.

[02] ☒ Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion, unlawful dissemination or publication of intimate images or any criminal offense against [specify protected person(s), members of such person's family or household, or person(s) with custody of child(ren)]: ▇▇▇▇

[15] ☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) [specify type(s) and, if available, name(s)]: _____;

[11] ☐ Permit [specify individual]: _____ to enter the residence at [specify]: _____
   during [specify date/time]: _____ with [specify law enforcement agency, if any]: _____
   to remove personal belongings not in issue in litigation [specify items]: _____

[04] ☐ Refrain from [indicate acts]: _____
   that create an unreasonable risk to the health, safety, or welfare of [specify child(ren), family or household member]: _____

[05] ☐ Permit [specify individual(s)]: _____
   entitled by a court order or separation or other written agreement, to visit with [specify child(ren)]: _____
   during the following periods of time [specify]: _____
   under the following terms and conditions [specify]: _____

[12] ☒ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following:
   Local NYPD Precinct _____ and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but in no event later than [specify date/time]: Immediately
   at: Local NYPD Precinct _____;

[13] ☒ And it is further ordered that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby [13A] ☐ suspended or [13B] ☐ revoked (Note: Final Order Only), and/or [13C] ☒ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check ALL applicable boxes). NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252.

[16] ☐ Promptly return or transfer the following identification documents [specify]: _____
   to the party protected by this Order NOT LATER THAN [specify date]: _____
   in the following manner [specify manner or mode of return or transfer]: _____
   [Check box(es) if applicable]: ☐ Such documents shall be made available for use as evidence in this judicial proceeding.
   ☐ [Jointly owned documents or documents in both parties' names only]: the following document(s) may be used as necessary for legitimate use by the defendant [specify]: _____

[99] ☒ Specify other conditions defendant must observe for the purposes of protection: No Third-Party Contact

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby [13A] ☐ suspended or [13B] ☐ revoked (Note: Final Order Only), and/or [13C] ☒ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check ALL applicable boxes).

IT IS FURTHER ORDERED that this order of protection shall remain in force until and including [specify date]: 4-1-24
but if you fail to appear in court when required to do so, the order may be extended and continue in effect until a new date is set by the Court.

DATED: 4-1-22

JUDGE / JUSTICE
Court (Court Seal) **HON. LAURIE PETERSON**

☒ Defendant advised in Court of issuance and contents of Order.
☒ Order personally served on Defendant in Court

(Defendant's signature)

☐ Order to be served by other means [specify]: _____
☐ Warrant issued for Defendant
☐ ADDITIONAL SERVICE INFORMATION: [specify]: _____

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

Criminal Form 2   12/2020

ORI No: NY030033J
Order No:
NYSID No: 15778219Q
CJTN No:

At a term of the Criminal Court, County of New York,
At the Courthouse at 100 Centre Street, State of New York

# ORDER OF PROTECTION
Non - Family Offenses – C.P.L. §530.13[1]
(Not involving victims of domestic violence)

Present: Hon. Lewis

☐ Youthful Offender (check if applicable)
Part: DAT   Index/Docket No: CR-005027-22NY
Indictment No., if any:

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Naomi Keh'a                                Defendant.

Charges: PL 155.30(5) et al

[Check one] ☐ Ex Parte  ☑ Defendant Present In Court

Date of Birth: 4/17/1991

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

☑ TEMPORARY ORDER OF PROTECTION – Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of ☑ recognizance   ☐ release on bail   ☐ adjournment in contemplation of dismissal],

☐ ORDER OF PROTECTION – Whereas defendant has been convicted of [specify crime or violation]:

And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,
IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
[Check applicable paragraphs and subparagraphs]:

☐ Stay away from    ☑ [name(s) of protected person(s) or witness(es)] ███████████
and/or from the     ☑ home of
                    ☑ school of
                    ☑ business of
                    ☑ place of employment of
                    ☐ other

☑ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or other means with [specify protected person(s)]:

☐ Refrain from remotely controlling, monitoring or otherwise interfering with any electronic device or other object affecting the home, vehicle or property of the protected person(s) by connection through any means, including, but not limited to, the internet, Bluetooth, a wired or wireless network, or other wireless technology.

☑ Refrain from harassing, intimidating, threatening or otherwise interfering with the victim or victims of, or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named [specify]

☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) [specify type(s) and, if available, names(s)]:

☐ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following _____ and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but in no event later than [specify date/time] _____ at _____

And it is further ordered that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby ☐ suspended or ☐ revoked (Note: Final Order Only), and/or ☐ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check ALL applicable boxes). NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252.

☑ Specify other conditions defendant must observe for the purpose of protection  No 3rd party contact

IT IS FURTHER ORDERED that this order of protection shall remain in force until and including [specify date]: 9-4-22
but if you fail to appear in court on this date, the order may be extended and continue in effect until the date set by the Court.

DATED: 3/4/22

JUDGE/JUSTICE
Court (Court Pt) DAT
03/04/2022
HON. M. LEWIS
AGP-L. BRADLEY

☑ Defendant advised in Court of issuance and contents of Order.
☑ Order personally served on Defendant in Court: _____ (Defendant's signature)

☐ Order to be served by other means [specify]: _____
☐ Warrant issued for Defendant.
☐ ADDITIONAL SERVICE INFORMATION: [specify]: _____

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face penalties authorized by law.

Federal law requires that this order be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

It is a federal crime to:
- cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
- buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
- cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
- buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S. after this Order C. §§922(g)(8), 922(g)(9) 2261, 2261A, 2262).

---

[1] Use this form for non-family offense orders of protection, issued pursuant to CPL §530.13, that are not issued to protect victims of domestic violence, as defined by Criminal Procedure Law §530.11(1) or Soc. Serv. Law §459-a and are not entered onto the statewide domestic violence registry. See Exec. L. §221-a(1); CPL §§530.11(1), 530.12(1), 530.13.