**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DOE,** | |
| Plaintiff, | **23-cv-04910 (ALC)** |
| -against- | |
| **JACKSON ET AL.,** | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

On September 29, 2023, this Court granted Plaintiff's motion to proceed under a pseudonym and directed the Clerk of the Court to issue the requested summons. ECF No. 33. The Clerk of the Court erroneously sealed the entire docket. The Court now respectfully directs the Clerk of the Court to Court to unseal this case. The documents at ECF Nos. 19, 22-3, 22-4, 22-5, 23, and 29 are to remain under seal.

**SO ORDERED.**

Dated:   **October 12, 2023**
         **New York, New York**

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**