

December 21, 2023

**VIA ECF**

Hon. Andrew L. Carter, Jr. U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/22/2023

Re: 1:23-cv-04910-ALC; Doe v. Jackson et al;

Dear Judge Carter:

We represent the Plaintiff, Jane Doe in the above referenced matter. I write with consent of the appearing Defendant, Jackson, per Your Honor's Individual Rule D. to respectfully request a 7-day extension from today, 12/21/23, to 12/28/23 to submit Plaintiff's response to Defendant Jackson's pre-motion letter regarding their contemplated Motion to Dismiss. As noted, the moving (and only appearing) Defendant consents to this request. This is the first such request for an extension of this deadline.

Plaintiff thanks the Court for its time and consideration of this request and wishes the Court and its staff happy holidays.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: 12/22/2023

Respectfully submitted,
**DEREK SMITH LAW GROUP, PLLC**

/s/ Seamus Barrett
Seamus P. Barrett

cc:   to all parties appearing, via ECF

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com