USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOE,<br><br>                           Plaintiff,<br><br>-against-<br><br>JACKSON et al.,<br><br>                           Defendants. | 23-cv-04910 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendant's pre-motion conference letter related to its anticipated motion to dismiss. ECF No. 45. Plaintiff's request for a pre-motion conference is **DENIED.** Plaintiff is hereby **GRANTED** leave to file a motion dismiss. The Parties are directed to adhere to the following briefing schedule:

      **Opening Brief:**        February 15, 2024

      **Opposition:**            March 1, 2024

      **Reply:**                   March 8, 2024

If the parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before **January 23, 2024**.

**SO ORDERED.**

Dated:    January 18, 2024
             New York, New York

                                                         **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**