**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JANE DOE,

                Plaintiff,                **ORDER**

      -against-                **23-CV-4910 (ALC) (JW)**

JOSHUA JACKSON, ET AL.,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Defendant's request for a discovery conference. Dkt. No. 85. The request is **GRANTED**. The parties are directed to appear in Courtroom 228 of 40 Foley Square, New York, New York 10007 on September 9, 2025 at 10:00 AM.

If the parties resolve their discovery dispute, they are directed to provide a letter to the Court no later than September 5, 2025, notifying the Court that a conference is no longer necessary.

SO ORDERED.

DATED:   New York, New York
               August 21, 2025

                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge