UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JANE DOE,

                            Plaintiff,                        **ORDER**

             -against-                        **23-CV-4910 (ALC) (JW)**

JOSHUA JACKSON, ET AL.,

                            Defendants.

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

In response to Defendant's letter motion, Dkt. No. 85, the Court held a discovery conference on September 9, 2025. For reasons more fully stated on the record, the Court makes the following orders and findings:

- The joint request to extend all discovery deadlines by 60 days is **GRANTED**.

- Plaintiff is to respond to Defendant, as required by the ESI plan, Dkt. No. 84, by no later than **September 17, 2025**.

- The Court has found that there is no good cause for Plaintiff's failure to timely object to Defendants' discovery request. Accordingly, Plaintiff has waived objections to Defendant's discovery requests. Plaintiff is to respond to those requests by no later than **October 3, 2025**.

- Defendants' request for sanctions is **GRANTED**. Defendants are to submit a letter motion detailing their reasonable fees as a result of prosecuting this motion. Any amount ordered will be split evenly between Plaintiff's counsel, Mark Taylor, and Plaintiff's retained law firm, Derek Smith Law Group, PLLC.

- The parties are to order a copy of the transcript of the September 9, 2025 discovery conference and provide a copy to the Court.

SO ORDERED.

DATED:   New York, New York
         September 9, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge